## 65812. HOLLOWAY v. STANFORD PROPERTIES, INC.

DEEN, Presiding Judge.

This appeal was filed with this court on December 14, 1982. Having received neither an enumeration of errors nor a brief by January 3, 1983, this court ordered appellant to file such by no later than January 17, 1983. The appellant having failed to present either despite that order, we hereby dismiss the appeal pursuant to Rules 27 (a) and 14 of the Rules of the Court of Appeals.

*Appeal dismissed. Banke and Carley, JJ., concur.*

DECIDED MARCH 9, 1983.

*Wayne B. Kendall,* for appellant.
*Thomas E. Spraley,* for appellee.